# Court of Appeals
# of the State of Georgia

ATLANTA,___April 12, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0325.  MARCUS SAMUEL v. MARTY ALLEN, WARDEN.**

In 2005, Marcus Samuel pled guilty to two counts of kidnapping, two counts of armed robbery, burglary, possession of a firearm during the commission of a crime, and possession of a firearm by a convicted felon.  In 2014, Samuel filed a petition for a writ of habeas corpus.  After the superior court denied his petition, Samuel filed an appeal to this Court.

The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is thus TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___04/12/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*